IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECI Financial Corp., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>American Home Mortgage Servicing, Inc., a Delaware Corporation, and Does 1-50, inclusive,<br><br>　　　　　Defendants.<br>_____ | 2:10-cv-02363-GEB-GGH<br><br><u>ORDER IMPOSING SANCTIONS AND</u><br><u>REQUIRING EXPLANATION WHY</u><br><u>CASE SHOULD NOT BE DISMISSED</u> |

　　　　An Order to Show Cause ("OSC") issued on October 8, 2010, directing Plaintiff to explain why sanctions should not be imposed for its failure to file an opposition or statement of non-opposition to Defendant's Motion to Dismiss, as required by Local Rule 230(c). The OSC warned Plaintiff that sanctions could include a monetary sanction and/or dismissal of this action with prejudice. (ECF No. 5.) The OSC also required Plaintiff to file an opposition or statement of non-opposition to the dismissal motion on a date that has now passed. <u>Id.</u>

　　　　Since Plaintiff and its counsel failed to respond to the October 8, 2010 OSC, and failed to file an opposition or statement of non-opposition to Defendant's Motion to Dismiss, Daryoosh Khashayar and/or the Kashayar Law Group are sanctioned five hundred dollars ($500.00). This sanction shall be paid to the Clerk of this Court no

1

1 | later than 4:00 p.m. on January 7. 2011, by a check made payable to the
2 | "United States Treasury." Proof of payment shall be filed on or before
3 | January 7, 2011. If proof is not filed as stated it will be assumed that
4 | counsel refuses to pay the sanction.  This sanction is personal to
5 | counsel or his law firm and shall not be transmitted to counsel's
6 | client.

    IT IS SO ORDERED.

Dated:  December 22, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge